IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT V ANDERSON,

       Plaintiff,

v.                                          CASE NO. 4:10-cv-00432-MP  -WCS

FLORIDA PAROLE COMMISSION,

       Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 11, Report and Recommendation of the

Magistrate Judge, recommending that this 42 U.S.C. § 1983 action was not filed within 4 years

of the date when Plaintiff was informed of the Parole Commission's final decision that is

relevant to this case.  In Docs. 14 and 15, the Plaintiff objected to the Report and

Recommendation and argues that he filed various appeals of the 2005 notification from the

Parole Commission which rendered the Parole Commission decision not final until 2007.

      In order to fully address these claims, it is hereby

      **ORDERED AND ADJUDGED:**

      This Report and Recommendation of the Magistrate Judge is rejected and this matter
referred back to the Magistrate Judge to consider the claims in Docs. 14 and 15 and to
consider whether to grant Doc. 15.

      **DONE AND ORDERED** this *18th*  day of February, 2011

              *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge